IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LM INSURANCE CORPORATION | ) | |
| | ) | Case No.: 08-CV-2372 |
| Plaintiff, | ) | |
| -vs- | ) | Judge John A. Nordberg |
| | ) | |
| ACEO, INC. and ALLIANCE INSURANCE | ) | Magistrate Judge Jeffery Cole |
| GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: John J. O'Connor, Esq.
Knell & Poulos, P.C.
901 West Jackson Blvd.
Suite 301
Chicago, IL 60607

    PLEASE TAKE NOTICE that on   December 10, 2008   at   2:30 P.M.  , the undersigned will appear before the Honorable John A. Nordberg, in the courtroom usually occupied by him, Room 1801 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion to Compel, a copy of which is hereby served upon you.


    Respectfully submitted,

    LM INSURANCE CORPORATION


    By:      s/ James T. Barnes      
           One of its attorneys

## **CERTIFICATE OF SERVICE**

I, James T. Barnes, an attorney, hereby certify that Plaintiff's Notice of Motion and Plaintiff's Motion to Compel were served by electronic service to all counsel of record registered to use Electronic Case Filing in this district, this 5th day of December, 2008.

s/ James T. Barnes
James T. Barnes, Esq.

James T. Barnes, Esq. (# 6211950)
Barnes, P.C.
431 South Dearborn St.
Suite 506
Chicago, IL 60605
(312) 939-5859