IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LM INSURANCE CORPORATION | ) | |
| | ) | Case No.: 08-CV-2372 |
| Plaintiff, | ) | |
| -vs- | ) | Judge John A. Nordberg |
| | ) | |
| ACEO, INC. and ALLIANCE INSURANCE | ) | Magistrate Judge Jeffery Cole |
| GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF MOTION

To: John J. O'Connor, Esq.
     Knell & Poulos, P.C.
     901 West Jackson Blvd.
     Suite 301
     Chicago, IL 60607

     PLEASE TAKE NOTICE that on <u>December 15, 2008</u> at <u>8:30 A.M.</u>, the undersigned will appear before the Honorable Jeffrey Cole, in the courtroom usually occupied by him, Room 1838 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion to Compel.

     Respectfully submitted,

     LM INSURANCE CORPORATION

     By: <u>  s/ James T. Barnes  </u>
              One of its attorneys

## **CERTIFICATE OF SERVICE**

I, James T. Barnes, an attorney, hereby certify that Plaintiff's Re-Notice of Motion was served by electronic service to all counsel of record registered to use Electronic Case Filing in this district, this 9th day of December, 2008.


                                                    s/ James T. Barnes
                                                  James T. Barnes, Esq.


James T. Barnes, Esq. (# 6211950)
Barnes, P.C.
431 South Dearborn St.
Suite 506
Chicago, IL 60605
(312) 939-5859