# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2372 | **DATE** | 12/18/2008 |
| **CASE TITLE** | LM Insurance Corporation vs. ACEO Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by plaintiff, LM Insurance Corporation, to compel [19] is granted in part and denied in part as stated in court. Specifically, in light of the defendant's motion for judgment on the pleadings, the interests of the parties and of the court will be best served by waiting until Judge Nordberg rules on the motion, since that ruling will in all likelihood help to define the appropriate scope of discovery. The Defendant shall provide the two insurance policies that relate to the issues in this case and shall submit an appropriate privilege log that complies with Rule 26(b)(5), Federal Rules of Civil Procedure, by 1/20/09. *See generally Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC*, 2008 WL 3285751 at *4 (N.D.Ill. 2008). Defendant shall provide workers compensation reports, as discussed in court, for 2006 and 2007 for Illinois, Nevada and Kansas. Whether discovery relating to other states is appropriate will be determined following Judge Nordberg's decision on the defendant's motion for judgment on the pleadings. Defendant shall answer all outstanding interrogatories that are relevant to the narrowed scope of discovery defined in court this morning. The defendant need not answer at this time those interrogatories that exceed the scope of presently permissible discovery, as delineated in court. Subject to the restrictions in this order and discussed in court, discovery shall proceed expeditiously. Further status hearing is set for 1/20/09 at 8:30 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|