**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division**

LM Insurance Corporation
                              Plaintiff,

v.                                               Case No.: 1:08−cv−02372
                                                 Honorable John A. Nordberg

ACEO Inc, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2009:

    MINUTE entry before the Honorable John A. Nordberg:Motion by Plaintiff LM Insurance Corporation to vacate Cutoff Date for the Amendment of Pleadings [39] is granted without objection. The motion will not be heard on 1/28/2009 as noticed.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.